IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-579

| | |
|---|---|
| UNITED STATES OF AMERICA, For the use and benefit of Tetra Tech Tesoro, Inc., <br><br> Use Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER STAYING PROCEEDINGS

THIS MATTER coming on before the Court upon the joint motion of Use Plaintiff and Defendant and the Court having determined that the interests of justice and judicial economy would be furthered by a stay of the captioned matter for eight (8) months from the date of this Order;

NOW, THEREFORE, it is hereby ordered that all proceedings in the captioned matter are stayed for eight (8) months from the date of this Order and all deadlines are extended for eight (8) months from the date of this Order, subject to the parties' rights to seek a modification for this Order for good cause shown; and that thirty (30) days prior to the expiration of the eight (8) month stay period, the parties shall either jointly or separately submit reports to the Court regarding the status of this matter and what further proceedings may be appropriate.

Dated: 3/4/16

_____
Honorable James C. Dever, III
Chief U.S. District Judge Presiding

7