IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-579

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>For the use and benefit of Tetra Tech<br>Tesoro, Inc., | )<br>)<br>)<br>) |
| Use Plaintiff, | )<br>) |
| v. | )<br>) |
| SAFECO INSURANCE COMPANY OF<br>AMERICA | )<br>)<br>) |
| Defendant. | ) |

## ORDER FURTHER STAYING PROCEEDINGS

THIS MATTER coming on before the Court upon the parties' joint motion, and the Court having determined that the interests of justice and judicial economy would be furthered by, and good cause otherwise exists for, continuing the stay of the captioned matter for an additional six (6) months;

NOW, THEREFORE, it is hereby ordered that all proceedings in the captioned matter shall remain stayed for an additional six (6) months and all deadlines are extended for an additional six (6) months; subject to the parties' rights to seek a modification for this Order for good cause shown; and that thirty (30) days prior to the expiration of the extended stay period, the parties shall either jointly or separately submit reports to the Court regarding the status of this matter and what further proceedings may be appropriate.

Dated: ___3/10/17___

_____
Honorable James C. Dever, III
Chief U.S. District Judge Presiding